Eastern District of Wisconsin

In Re: David L. Olofson & Patricia A. Olofson    Case #18-21871



323 Fifth Street (95501)
P.O. Box 35
Eureka, CA 95502
(707) 442-2818 Fax (707) 443-1562
(800) 603-0836
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office - NMLS ID# 5985
Branch Office - NMLS ID# 9785

December 16, 2019

**Para información en español llame al (800) 603-0836 ext 2660**

From: Megan Lynch - Bankruptcy Asset Manager

Re: Case #18-21871 - David L. Olofson & Patricia A. Olofson

Our arrearage claim has been satisfied in full - we ask that you cease payments on the prepetition arrearage claim for creditor claim #3-1.

Should you have any further questions, please do not hesitate to contact me.

Thank you,

Megan Lynch
Bankruptcy Asset Manager
mlynch@snsc.com
323 Fifth Street
Eureka, CA 95501
800-603-0836 ext. 2667

You are hereby notified that this letter is being sent to you by SN Servicing Corporation, which is a debt collector. SN Servicing Corporation is attempting to collect a debt. Any information obtained by us will be used for that purpose. However, if you are in a bankruptcy proceeding or your debt has been discharged in bankruptcy, please read the next paragraph carefully for some important information.

*NOTICE TO ANY CUSTOMER IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY:*
Notwithstanding anything in this notice to the contrary, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If these circumstances apply, this notice is not intended as a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, however, please also note that despite any such bankruptcy filing, we do continue to retain whatever rights we hold in the property that secures the obligation.

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF HUMBOLDT

I, Megan M. Lynch, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 323 Fifth Street, Eureka, California 95501.

On December 16th 2019 I served the within a LETTER IN REGARDS TO CREDITOR CLAIM #3-1 on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States mail at Eureka, California, addressed as follows:

**David L Olofson**
**Patricia A Olofson**
N7155 Winnebago Dr
Fond Du Lac, WI 54935

**Rebecca R. Garcia**
Chapter 13 Trustee
PO Box 3170
Oshkosh, WI 54903-3170

**Mark J. Brunner**
BRUNNER LAW OFFICE, LLC
233 N. Main Street
West Bend, WI 53095

I certify under penalty of perjury that the foregoing is true and correct.

Executed on December 16th 2019 at Eureka, California.

/s/ Megan M. Lynch
Megan M. Lynch